IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS CHARLES POWELL,

    Petitioner,                     No. CIV S-09-0350 LKK EFB P

    vs.

U.S. BOARD OF PRISON, et al.,

    Respondents.               ORDER
_____/

    Petitioner, a federal prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2241. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit.

    A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. It is not apparent from the face of the application that the petitioner is not entitled to relief.

    Petitioner requests that the court issue an order allowing him up to fifteen hours of extra law library time to prepare his case. *See* Dckt. No. 11, 13. At the time petitioner filed his

1  motions, he was not under any obligation to submit documents within a time certain. He
2  therefore cannot demonstrate that his right of access to the courts is being impaired. *See Lewis v.*
3  *Casey*, 518 U.S. 343, 346, 384 (1996).
4       Accordingly, IT IS HEREBY ORDERED that:
5       1. Petitioner's request for leave to proceed *in forma pauperis* is granted.
6       2. Petitioner's requests for an order granting him additional library time (docket numbers
7  11 and 13) are denied.
8       3. Respondent shall file an answer or a motion in response to petitioner's application
9  within 60 days from the date of this order. Any response shall be accompanied by any and all
10 transcripts or other documents relevant to the determination of the issues presented in the
11 application.
12      4. Petitioner's reply, if any, shall be filed and served within 30 days of service of an
13 answer.
14      5. If the response to petitioner's application is a motion, petitioner's opposition or
15 statement of non-opposition shall be filed and served within 30 days of service of the motion,
16 and respondents' reply, if any, shall be filed within 14 days thereafter.
17      6. The Clerk of the Court shall serve a copy of this order together with a copy of
18 petitioner's February 6, 2009, petition for a writ of habeas corpus, with any and all attachments
19 on the United States Attorney.
20 Dated: December 14, 2009.

                                 EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE