1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARLOS CHARLES POWELL,

11            Petitioner,                    No. CIV S-09-0350 LKK EFB

12       vs.

13   U.S. BOARD OF PRISON,

14            Respondent.              ORDER

15   _____/

16         Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner

17   challenges a detainer filed by the U.S. Marshal's Office in Fresno, California while he was

18   incarcerated at either the Sierra Conservation Center in Jamestown, California or at North Kern

19   State Prison in Delano, California.

20         Petitions challenging the execution of a sentence, rather than its legality, are properly

21   brought under 28 U.S.C. § 2241 in the court for the geographic territory encompassing the prison

22   in which the petitioner is confined (the "custodial court").  *Hernandez v. Campbell*, 204 F.3d

23   861, 864-65 (9th Cir. 2000).  In addition, actions arising in Kern and Tuolomne Counties must

24   be commenced in the Fresno Division of this court, rather than the Sacramento Division.   E.D.

25   Cal. Local Rule 120(d).  Petitioner was incarcerated either in Kern or Tuolomne County at the

26   time he filed the petition and is now incarcerated at the Metropolitan Detention Center in Los

1   Angeles.  *See* Pet'r's Notice of Change of Address, Dckt. No. 10.  Thus, at the time the petition

2   was filed, jurisdiction and venue appeared proper in the Fresno Division of the this court.

3   However, petitioner has since been relocated, and jurisdiction is now proper in the United States

4   District Court for the Central District of California, which encompasses Los Angeles.  The

5   Sacramento Division of this court, in which petitioner filed the case, does not encompass the

6   territory of petitioner's prior or current detentions and did not sentence petitioner, and is thus not

7   the appropriate venue for the instant petition.

8          Accordingly, the court will transfer the case to the Central District of California, which

9   has current custody of petitioner.  The court will not rule on the pending motion to dismiss filed

10  by respondent, reserving such ruling for the transferee court.

11         Accordingly, it is hereby ordered that this action is transferred to the United States

12  District Court for the Central District of California.

13  Dated:  September 22, 2010.

14  _____

15  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26