UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS CHARLES POWELL aka RAUL ERNEST ALONSO-PRIETO,<br><br>        Petitioner,<br><br>    v.<br><br>U.S. BOARD OF PRISONS, et al,<br><br>        Respondents. | No. CV 10-7119 GW (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: September 21, 2011

_____
George H. Wu
United States District Judge