UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CARLOS CHARLES POWELL aka RAUL   )
ERNEST ALONSO-PRIETO,            )
                                 )
                Petitioner,      )   No. CV 10-7119 GW (AJW)
                                 )
        v.                       )
                                 )   ORDER ADOPTING REPORT AND
U.S. BOARD OF PRISONS, et al,    )   RECOMMENDATION OF
                                 )   MAGISTRATE JUDGE
            Respondents.         )
_____)

     The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

     DATED:  September 21, 2011

                              _____
                              George H. Wu
                              United States District Judge