UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS CHARLES POWELL, aka RAUL ERNEST ALONSO-PRIETO,<br><br>    Petitioner,<br><br>        v.<br><br>U.S. BOARD OF PRISONS, et al.,<br><br>    Respondents. | Case No. CV 10-7119-GW(AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that the petition is dismissed without prejudice.

Dated: September 21, 2011

_____
George H. Wu
United States District Judge