1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10                           **WESTERN DIVISION**

11

**CARLOS CHARLES POWELL, aka**      )      **Case No.  CV 10-7119-GW(AJW)**
12 **RAUL ERNEST ALONSO-PRIETO**      )
                                    )
13            **Petitioner,**        )
                                    )      **JUDGMENT**
14                                   )
                                    )
15 **U.S. BOARD OF PRISONS, et al.,** )
                                    )
16            **Respondents.**       )
   _____ )

17

      **It is hereby adjudged** that the petition is dismissed without
18
   prejudice.
19

20 Dated: September 21, 2011

21                                          _____

                                           George H. Wu
22                                         United States District Judge

23

24

25

26

27

28